**STATE of Missouri, Respondent,**

v.

**Michael D. BEACH, Appellant.**

**No. 36241.**

Missouri Court of Appeals, Western District.

July 30, 1985.

Michael Radosevich, Columbia, for appellant.

William L. Webster, Atty. Gen., Mark A. Richardson, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

### ORDER

PER CURIAM:

Michael Beach appeals conviction on two counts of felonious stealing, section 570.-030, RSMo Supp.1984, and sentence of two concurrent terms of seven years imprisonment.

Judgment affirmed.